UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------X
ALICIA STOKLOSA,                                    25-cv-06935-MCA-LDW

                         Plaintiff,

        v.

FRATELLI BERETTA USA, INC.,

                         Defendant.
-------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff Alicia Stoklosa, and

Defendant Fratelli Beretta USA, Inc., through their undersigned counsel, who state that they have

been authorized by the parties to enter into this Stipulation, and who further state that none of the

parties hereto is an infant or incompetent, that the above-captioned action is hereby dismissed in

its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to

any party pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.


DATED:   January 23, 2026


_____          _____
Erica L. Shnayder, Esq.                   George Karousatos, Esq.
Shnayder Law LLC                          Biancamano & DiStefano, PC.
*Attorneys for Plaintiff*                 *Attorneys for Defendant*
89 Headquarters Plaza, Suite 1421         Executive Plaza
Morristown, NJ 07960                      10 Parsonage Road, Suite 300
                                          Edison, New Jersey 08837